

**RECEIVED FEB - 5 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

**MEMO ENDORSED**

VINOO P. VARGHESE, ESQ.
The Law Offices of Vinoo P. Varghese, P.C.
65 Broadway, Suite 844
New York, NY 10006
(212) 430-6469
Facsimile: (646) 292-5169
vpv@vargheselaw.com
www.vargheselaw.com

February 5, 2008

VIA FACSIMILE: (212) 805-7917
The Honorable Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

Re: United States v. Kerri Clarke, et al.
    07 Cr. 1054 (RPP)

Dear Judge Patterson:

The defense requests an extension of 30 days to March 12, 2008 to submit motions in the matter above. The defense makes this request because it needs additional time to review discovery to determine whether motions are indeed appropriate.

The defense submits the following as per your individual practices:
1) defense motions are due on Monday, February 11, 2008;
2) there have been no prior requests for an extension;
3) as there have been no prior requests, no requests were granted or denied; and
4) Mr. Jonathan B. New, Assistant United States Attorney, has consented to the extension.

Thank you for your consideration.

**SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED**

Respectfully submitted,

Vinoo P. Varghese
Vinoo P. Varghese, Esq.

cc: Mr. Jonathan B. New, AUSA
    Ms. Katherine R. Goldstein, AUSA
    Ms. Kerri Clarke

*Application granted. This is a final extension. Time is excluded under Speedy Trial to 3/28/08 so ordered.*

*Robert P. Patterson USDJ*
*2/5/08*
*Arg. scheduled 3/28/08 at 10 a.m.*

Case:     United States v. Kerri Clarke, et al.
Index No.   07 Cr. 1054 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*This is a final extension. Time is excluded under the Speedy Trial Act to 3/28/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/5/08*

*Argument scheduled 3/28/08 at 10 a.m.*