UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States

　　　　　　　　　　Plaintiff,

-against-

Kerri Clarke, et al

　　　　　　　　　　Defendant.
-----------------------------------------------------------x

07 Cr. 1054
___ CIVIL ___ (RPP)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __VINOO P. VARGHESE__

☒ *Attorney*

　　☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __VV3187__

　　☐ I am a Pro Hac Vice attorney

　　☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

　　From: __Cohen, Frankel Ruggiero, LLP__

　　To: __The Law Offices of Vinoo P. Varghese, P.C.__

　　☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ Address: __65 Broadway, Suite 844, NY, NY 10006__
☒ Telephone Number: __(212) 430-6469__
☒ Fax Number: __(646) 292-5169__
☒ E-Mail Address: __vpv@vargheselaw.com__

Dated: __3/10/08__　　　__Vinoo P. Varghese__