

**MEMO ENDORSED**

VINOO P. VARGHESE, ESQ.
The Law Offices of Vinoo P. Varghese, P.C.
65 Broadway, Suite 844
New York, NY 10006
(212) 430-6469
Facsimile: (646) 292-5169
vpv@vargheselaw.com
www.vargheselaw.com

March 10, 2008

VIA FACSIMILE: (212) 805-7917
The Honorable Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08
```

Re: United States v. Kerri Clarke, et al.
07 Cr. 1054 (RPP)

Dear Judge Patterson:

With the consent of the United States Attorney's Office, the defense requests an extension of one (1) week to March 19, 2008 to submit motions in the matter above. The parties are currently negotiating a possible disposition to this matter and will be unable to conclude these negotiations by March 12, 2008, the date that defense motions are currently due. If in fact, the parties that are able to reach a resolution, the need for filing for filing motions will become moot. In the event that this matter is _not_ resolved, the defendant will be prepared to file motions by March 19, 2008, if Your Honor should grant this request.

The defense submits the following as per your individual practices:
1) defense motions are currently due on Wednesday, March 12, 2008;
2) there was one (1) prior request for an extension;
3) the one (1) prior request was granted; and
4) Ms. Katherine R. Goldstein, Assistant United States Attorney, has consented to this extension.

Thank you for your consideration.

_Application granted._
_So ordered._
_Robert P. Patterson U.S.D.J._
_3/10/08_

Respectfully submitted,
Vinoo P. Varghese

cc: Ms. Katherine R. Goldstein, AUSA
Ms. Kerrie Clarke