

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MAR 21 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #: _____
DATE FILED: 3/21/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2008

**BY FACSIMILE**
Honorable Richard P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

**MEMO ENDORSED**

Re:  United States v. Maurice McDowall, et al.
     07 Cr. 1054 (RPP)

Dear Judge Patterson:

The Government respectfully submits this letter to seek an extension of time in the pre-trial briefing schedule in the above-captioned matter. The Court had previously set the following schedule for the filing of pre-trial motions in this case: defense motions were due March 12, 2004 and the Government's responses were due on March 24, 2008, with a hearing to be held on March 28, 2008 at 10:00 a.m. Thereafter, defendant Kerric Clarke submitted a letter requesting a one-week extension for the filing of defense motions, until March 19, 2008, which the Court so ordered. In view of the fact that defense motions were due yesterday, March 19, 2008, the Government respectfully requests one additional week to respond to any motions, until March 31, 2008. The Government also requests that any hearing be similarly adjourned one week, until April 4, 2008.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Katherine R. Goldstein
    Katherine R. Goldstein
    Jonathan B. New
    Assistant United States Attorneys
    (212) 637-1049/2641
    Fax (212) 637-0097

cc: all defense counsel

*Application granted. Hearing adjourned to 4/4/08 at 9:30 AM. So ordered.*
*Robert P. Patterson, USDJ 3/21/08*

*Note: Hearing is adjourned to 4/4/08 at 9:30 AM.*

TOTAL P.002