

**VINOO P. VARGHESE, ESQ.**
The Law Offices of Vinoo P. Varghese, P.C.
65 Broadway, Suite 844
New York, NY 10006
(212) 430-6469
Facsimile: (646) 292-5169
vpv@vargheselaw.com
www.vargheselaw.com

**MEMO ENDORSED**

May 5, 2008

VIA FACSIMILE: (212) 805-7917
The Honorable Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

Re: United States v. Kerri Clarke, et al.
    07 Cr. 1054 (RPP)

Dear Judge Patterson:

The defense respectfully requests that Your Honor excuse Ms. Clarke's appearance for tomorrow's conference. Ms. Clarke works in Hicksville, NY and because of the distance and the time it takes her to get into Manhattan, she had taken today off from work to be at today's conference, thereby losing a day's pay.

I received a call thirty minutes ago from Chambers and was told the conference was adjourned to tomorrow. For Ms. Clarke to make it tomorrow, she would have to again take off work and lose another day's pay, causing her an undue financial hardship.

For these reasons, the defense respectfully requests that Your Honor excuse Ms. Clarke's appearance for tomorrow.

Respectfully submitted,

Vinoo P. Varghese

cc: Ms. Katherine R. Goldstein, AUSA
    Ms. Kerrie Clarke

*Application granted. Court conference will be held on 5/7/08 at 5PM. Ms. Clarke's appearance for this conference is excused. So ordered.*

5/6/08 Robert P. Patterson U.S.D.J.