UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

      - v. -                   :         S1 07 Cr. 1054 (RPP)

KERRIE CLARKE,                   :

      Defendant.               :

- - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1344 and 1349, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      June 2, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08