```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
                                  :    INFORMATION
        - v -                     :
                                  :    S1 07 Cr. 1054 (RPP)
                                  :
KERRIE CLARKE,                    :
                                  :
             Defendant.           :
                                  :
- - - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08

## COUNT ONE

(Conspiracy to Commit Wire Fraud and Bank Fraud)

The United States Attorney charges:

1. From at least in or about September 2004 up to and including in or about June 2005, in the Southern District of New York and elsewhere, KERRIE CLARKE, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Sections 1343 and 1344 of Title 18, United States Code.

2. It was a part and an object of the conspiracy that KERRIE CLARKE, the defendant, and others known and unknown, unlawfully, willfully and knowingly would and did devise a scheme and artifice to defraud financial institutions, and to obtain money and property from financial institutions, banks, and others, by means of false and fraudulent pretenses

representations and promises, and for the purpose of executing such schemes and attempting to do so, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

3. It was further a part and an object of the conspiracy that KERRIE CLARKE, the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

OVERT ACT

4. In furtherance of the conspiracy, and to effect the objects thereof, KERRIE CLARKE, the defendant, and others known and unknown, committed the following overt act, among others, in the Southern District of New York and elsewhere:

a. In or about 2004, KERRI CLARKE, the defendant, while employed by Lost and Found Recovery, LLC, recruited a

person to act as a straw buyer in the purchase of residential real estate.

(Title 18, United States Code, Section 1349.)

**FORFEITURE ALLEGATION**

5. As a result of committing the offense alleged in Count One of this Information, KERRIE CLARKE, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the conspiracy to commit the bank and wire fraud offense alleged in Count One of this Information, including but not limited to a sum of money of at least $72,500 representing all proceeds obtained as a result of the offense.

(Title 18, United States Code, Sections 981 and 1951;
Title 28, United States Code, Section 2461.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

## CRIMINAL MEMORANDUM TO THE DOCKET CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.                              S1    07CR1054(RPP)

KERRI CLARKE

                               **Defendant.**
-----------------------------------------------------------X
ROBERT P. PATTERSON, JR.
UNITED STATES DISTRICT JUDGE

### APPEARANCES

**For the Government:**
**For Defendant:**

**Court Reporter:**                   **Court Interpreter:**

### Docket Entry

6/2/08 Defendant Clarke present with attorney Varghese. AUSA's Goldstein and New present. Defendant appears on superceding information and is arraigned. The defendant enters a plea of guilty. Allocution conducted, Court accepts defendant's plea. PSR is not ordered, control conference is scheduled for 9/3/08 at 4pm. The defendant's bail is continued.

                                                                     PATTERSON, J.