# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

07cr1054(RPP)

U.S.A. vs. Kerri Clarke          Docket No. 2007-CR-1054-5 (RPP)

## Petition for Action on Conditions of Pretrial Release

RECEIVED
JUN 13 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

COMES NOW Gianfranco Furelli, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kerri Clarke, who was arrested and charged with conspiracy to commit wire/bank fraud and placed under pretrial release supervision by Magistrate Judge Andrew J. Peck, sitting in the Court at SDNY on 01/22/2008, under the following conditions: $250,000 PRB secured by $100,000 in cash/property and cosigned by 2 financially responsible persons; strict PSA supervision with home detention enforced by electronic monitoring; surrender travel documents and may not apply for new ones; and travel limits to EDNY/SDNY. Subsequently, on that same day she satisfied all of her bond conditions and was released on Pretrial Services supervision. On 06/03/2008, the defendant appeared before Your Honor and entered a plea of guilty. A PSI was not ordered and a control sentencing date has been set for 9/3/2008.

**Respectfully presenting petition for action of Court and for cause as follows:**

Since the defendant has been on electronic monitoring supervision she has been compliant and has not posed any problems. The defendant reports bi-weekly in person and weekly by telephone. Additionally, the defendant has secured verifiable employment at Tileserv, Inc., in Woodbury, NY, as an IT assistant. Recent DCJS and NCIC record checks revealed no new arrests. Pretrial Services has consulted with AUSA Katherine Goldstein and defense counsel, Vinoo P. Varghese regarding removal of the condition of home detention enforced by electronic monitoring and neither party has any objections to our request. Given the aforementioned, we respectfully request that the Court modify the defendant's bail to remove the condition of home detention enforced by electronic monitoring. All other conditions should remain the same.

**PRAYING THAT THE COURT WILL ORDER THE CONDITION OF HOME DETENTION ENFORCED BY ELECTRONIC MONITORING BE REMOVED.**

ORDER OF COURT

Considered and ordered this __13__ day of __June__, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Court Judge, Robert P. Patterson

I declare under penalty that the foregoing is true and correct.

Respectfully,

_____
Gianfranco Furelli
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by,

_____
Sharon T. Regis, Supervising
U.S. Pretrial Services Officer

Date: June 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08