**MEMO ENDORSED**

**VINOO P. VARGHESE, ESQ.**
The Law Offices of Vinoo P. Varghese, P.C.
65 Broadway, 7th Floor
New York, NY 10006
(212) 529-3925
Facsimile: (646) 292-5169
vpv@vargheselaw.com
www.vargheselaw.com

RECEIVED AUG 27 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

August 27, 2008

VIA FACSIMILE: (212) 805-7917
The Honorable Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Re: United States v. Kerri Clarke, et al.
    07 Cr. 1054 (RPP)

Dear Judge Patterson:

With the consent of the government and Ms. Clarke's Pretrial Services Officer, the defense respectfully requests that Your Honor ease the traveling restriction on Ms. Clarke to allow her to travel to Atlanta this weekend for the Labor Day Holiday to visit her significant other.

Ms. Clarke has already provided the flight itinerary and contact information of her significant other to Pretrial and can provide the same to the Court if required. If Your Honor allows this temporary restriction on travel, Ms. Clarke will leave this Friday, August 29 from LaGuardia Airport and return to New York on Monday, September 1.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Vinoo P. Varghese*
Vinoo P. Varghese

cc: Assistant United States Attorney Katherine R. Goldstein
    U.S. Pretrial Services Officer Dennis Khilkevich
    Ms. Kerrie Clarke

*Application granted.
So ordered.
Robert P. Patterson
USDJ
8/27/08*